**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEELA H. SHERMAN, | No. SA CV 16-1979 PA (KESx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| STEVEN T. MNUCHIN, SEC'Y OF THE DEP'T OF THE TREASURY | |
| Defendant. | |

In accordance with the Court's May 9, 2017 Minute Order granting the Motion to Dismiss filed by defendant Steven T. Mnuchin, Secretary of the Department of the Treasury,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is dismissed without leave to amend;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Federal Employee Compensation Act claim is dismissed;

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Defendant shall have judgment in his favor;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Plaintiff take nothing and that Defendant shall have his costs of suit.

DATED: May 9, 2017

                                                    Percy Anderson
                                    UNITED STATES DISTRICT JUDGE